IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD J. TYNER, #230-815 | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. L-09-3180 |
| WILLIAM D. MCCOLLUM and MAYOR AND CITY COUNCIL OF BALTIMORE | * | |
| | * | |
| Defendants | * | |

\*\*\*

**MEMORANDUM**

The above-captioned civil rights case was filed on November 25, 2009. Plaintiff seeks leave to proceed in forma pauperis based on the Court's granting of a motion in a previously filed complaint. See Paper No. 1; Tyner v. Office of the Public Defender, et al., Civ. Action L-09-2893 (D. Md.). No filing fee shall be required in the context of the instant case.

Plaintiff, an inmate confined to the Jessup Pre-Release Unit, now seeks civil damages against the State's Attorney who prosecuted him for weapons offenses. Paper No. 1. He claims he is simultaneously pursuing a claim under the Maryland Tort Claims Act (MTCA), and explains his petition for post-conviction relief is pending in state appellate courts. He requests that the instant action be stayed pending the outcome of his post-conviction, appellate or habeas proceedings. Id.

Plaintiff's claim for damages for alleged errors in his criminal trial is barred. In Heck v. Humphrey, 512 U. S. 477, 487 (1994), the Supreme Court held that claims challenging the legality of a conviction are not cognizable in a 42 U.S.C. §1983 action unless and until the conviction is reversed, expunged, invalidated, or impugned and complaints containing such

claims must therefore be dismissed without prejudice.  Put another way, Plaintiff's claims for damages cannot be entertained by this Court unless he has first successfully challenged the criminal conviction.   In the event his conviction is overturned, he may re-file a constitutional claim for damages at that time.[1]

The Complaint will be dismissed by separate Order which follows.

December 7, 2009

/s/
_____
Benson Everett Legg
Chief Judge

---

[1] Alternatively Plaintiff may pursue his state claim for negligence via the Maryland Tort Claims Act.